OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 While defendant now urges that the trial court committed reversible error in precluding him from calling his mother as a witness to corroborate certain details of his account of the night of the robbery, his offer of proof was insufficient to alert the trial court to the relevance of the testimony. For that reason, the trial court’s exclusion of the witness was not reversible error. Defendant’s remaining arguments, to the extent preserved, are without merit.
 

 
 *949
 
 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed in a memorandum.